IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-02173-REB-MJW

BIODIVERSITY CONSERVATION ALLIANCE (formerly Biodiversity Associates) and
BRIAN BRADEMEYER,

Plaintiffs,

v.

DANIEL JIRON, Regional Forester for the Rocky Mountain Region of the United States
Forest Service,
TOM TIDWELL, Chief of the United States Forest Service, and
CRAIG BOBZIEN, Supervisor for the Black Hills National Forest,

Defendants,

LUCAS LENTSCH, Secretary of the South Dakota Department of Agriculture,
BLACK HILLS FOREST RESOURCE ASSOCIATION,
BLACK HILLS MULTIPLE USE COALITION,
LAWRENCE COUNTY,
MEADE COUNTY, and
PENNINGTON COUNTY,

Intervenor-Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Michael Hegarty's Motion for Withdraw of Appearance (Docket No. 112) is GRANTED.  Michael Hegarty shall be permitted to withdraw as counsel for Defendants.  The Clerk is directed to remove Michael Hegarty from electronic notification in this matter.

Date: August 5, 2013